Belknap,  }
Jan. 3, 1922. }

## BELKNAP COUNTY *v.* LACONIA.

A county is entitled to bail forfeited for failure to prosecute an appeal from a conviction by a municipal court.

If parties agree that the decision of the superior court shall be final, an exception to such finding will be overruled by the supreme court.

DEBT, to enforce a forfeiture. One Maloney was convicted by the municipal court of Laconia and appealed, depositing cash bail. He failed to enter his appeal, and his recognizance was forfeited. The parties agreed as to the facts and that the decision of the superior court should be final.

The court ordered judgment for the plaintiff and the defendant excepted. A bill of exceptions was allowed by *Kivel*, C. J., at the March term, 1921, of the superior court.

*Thomas P. Cheney*, solicitor, for the plaintiff.

*Theo S. Jewett*, for the defendant.

YOUNG, J. As the defendant agreed that the finding of the superior court should be final, it takes nothing by its exception; and that would also be true, if it had not made that agreement. P. S., *c.* 252, *s.* 31; Laws 1903, *c.* 28, *s.* 2, provide in substance that when a recognizance is forfeited, the county solicitor shall begin proceedings "for the recovery of such forfeiture."

*Exception overruled.*

All concurred.